IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DAMON D. PIGEE, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | 4:17CV3157 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT R. FRAKES, Director, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that Petitioner's Motion for Appointment of Counsel (filing no. 10) is denied without prejudice.

DATED this 17th day of January, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge