IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DAMON D. PIGEE, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | 4:17CV3157 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT R. FRAKES, Director, | ) | ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

IT IS ORDERED that the undersigned's order dated January 17, 2018, is revised as follows: Petitioner's responsive brief to Respondent's Answer shall be filed on or before April 23, 2018. Respondent's reply brief shall be filed on or before May 23, 2018.

DATED this 2nd day of April, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge