IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DAMON D. PIGEE, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | 4:17CV3157 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT R. FRAKES, Director, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that Petitioner's Motion for Extension to File Response (filing no. 19) is granted. Petitioner's responsive brief to Respondent's Answer shall be filed on or before April 30, 2018. Respondent's reply brief shall be filed on or before May 30, 2018.

DATED this 3rd day of April, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge